IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**THOMAS W. YOUNG**                                                                 **PLAINTIFF**

V.                                NO.  2:09-CV-02148-RTD

**WON B. KIM, et al**                                                                **DEFENDANT**

### O R D E R

Plaintiff, THOMAS W. YOUNG has filed a Motion to Compel (*See ECF No. 62*) on December 20, 2010 against the Defendant, PACIFIC CARGO SERVICES, INC. and the matter has been referred to the undersigned for disposition.

The Parties are hereby directed to confer in an attempt to settle the above discover dispute and, in the event the matter is still unresolved, the party against whom discovery is sought is hereby ordered to filed a Response within seven days setting forth each specific request objected too and the reasons for the objection. The parties are directed to contact Ms. Debbie Maddox within 10 days at 479-783-7045 for the purpose of setting a telephone hearing concerning the discovery dispute.

IT IS SO ORDERED this December 22, 2010.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES DISTRICT JUDGE