IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

THOMAS W. YOUNG                                                          PLAINTIFF

VS.                          CASE NO. 09-2148-RTD

WON B. KIM; PACIFIC CARGO SERVICES, INC.
d/b/a PACIFIC CARGO SERVICES;
OLGA M. DEPADILLA; LEODIS BURGESS;
MI&S TRUCKING, INC.; MARCUS D. MORRIS;
CELLULARMART; and EXPRESS CONNECTION, INC.        DEFENDANTS

## AGREED ORDER ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES

Plaintiff, Thomas W. Young, and Separate Defendant, Pacific Cargo Services, Inc., for their Agreed Order regarding Thomas Young's Motion to Compel (ECF Document No. 62), agree as follows:

1.   Plaintiff's Motion to Compel seeks full responses to Requests for Production of Documents Nos. 1, 2, 5, 6, 7, 8, 12, 14, 15, 16, 17, 18, 19, 20, 22, 23, 27, 44, and 51. To the extent Pacific Cargo Services has possession or control of any documents responsive to these requests, these documents will be provided to Plaintiff's counsel on or before January 31, 2011. If Pacific Cargo does not have possession or control over any document requested, it will notify the Plaintiff of such fact on or before January 31, 2011.

2.   Plaintiff's Motion to Compel also asks Pacific Cargo to supplement its responses to request for production of documents Nos. 4, 9, 10, 34, 43, and 49 by either producing the documents or by admitting that it does not have possession or control of the documents. To the extent Pacific

1

Cargo Services has possession or control of any of the documents requested in Nos. 4, 9, 10, 34, 43, and 49, these documents will be provided to plaintiff on or before January 31, 2011. If Pacific Cargo does not have possession or control of any document requested in Nos. 4, 9, 10, 34, 43, and 49, it agrees to notify the plaintiff of such fact by January 31, 2011.

IT IS SO ORDERED this January 6, 2011.

/s/ J. Marschewski
Hon. James R. Marschewski
United States District Judge

Approved:

/s/ J. Barrett Deacon
J. Barrett Deacon
Counsel for Pacific Cargo Services, Inc.

/s/ Michael Horner
Michael Horner
Counsel for Thomas W. Young

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 06 2011

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

2